JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA SUPPLEMENTAL UNEMPLOYMENT BENEFIT TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, CONTRACT COMPLIANCE FUND, NATIONAL ELECTRICAL INDUSTRY FUND, AND THE LOS ANGELES ELECTRICAL WORKERS CREDIT UNION,<br><br>          Plaintiffs,<br>     v.<br><br>ZELLER ELECTRIC CORP., a California corporation,<br><br>          Defendant. | CASE NO.:  2:14-cv-08823-DSF-MRW<br><br>ASSIGNED TO THE HONORABLE DALE S. FISCHER<br><br>**JUDGMENT** |

- 1 -
JUDGMENT

Judgment.doc

The Court having considered and approved the stipulation for entry of judgment submitted by and between defendants Zeller Electric Corp., a California corporation, and plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, et al., IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Southern California IBEW-NECA Supplemental Unemployment Benefit Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National IBEW-NECA Labor-Management Cooperation Committee, Contract Compliance Fund, National Electrical Industry Fund, and the Los Angeles Electrical Workers Credit Union shall recover from defendant Zeller Electric Corp., a California corporation, the principal amount of $145,424.15, plus post-judgment interest thereon at the rate of 8% per annum.

2/23/15

DATED: _____          _____
                              UNITED STATES DISTRICT JUDGE